Exhibit C



# dwell

GUIDES    PHOTOS    HOME TOURS    ARTICLES    SHOP    REAL ESTATE

# five modern barn homes

All    Articles    Guides    Photos    Homes    Shop    Boards    Community







Try Dwell+ for FREE

# modern barn

All   **Articles**   Guides   Photos   Homes   Shop   Boards   Community



## 8 Barn Houses For Modern Living

Rooted in the past yet decidedly in the present, these converted barns embrace their history, but take on a modern twist.



## A Barn-Inspired, Modern Retreat Is Knitted Into Napa Valley

Field Architecture collaborates with Shawback Design to create a contemporary weekend retreat for a growing family in Napa Valley.



## These 10 Refreshed Barns Bring Modern Living to the Countryside

When you imagine a barn, what comes to mind? It's most likely a red, wooden building with a gambrel roof—but today, they've come