UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUM BUILDERS, INC. d/b/a Plum Builders,<br><br>Plaintiff,<br><br>v.<br><br>DWELL LIFE, INC. and DWELL MEDIA LLC,<br><br>Defendants. | CASE NO. 1:21-cv-6690-CM<br><br>**ORDER FOR ADMISSION *PRO HAC VICE***<br><br>Hon. Colleen McMahon |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/21

The Motion of Raffi Zerounian ("Applicant") for admission to practice *pro hac vice* in the above-caption action is **granted.**

Applicant has declared that Applicant is a member in good standing of the bar of the Supreme Court of the State of California, and that Applicant's contact information is as follows:

RAFFI V. ZEROUNIAN

HANSON BRIDGETT LLP

777 S. Figueroa Street, Suite 4200

Los Angeles, California 90017

Telephone: (213) 395-7620

rzerounian@hansonbridgett.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel of record for Defendants Dwell Life, Inc. and Dwell Media LLC ("Defendants") in the above-captioned action;

**It is hereby ordered** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the United States District

Case 1:21-cv-06690-CM Document 14 Filed 09/08/21 Page 2 of 2

Courts for the Southern and Eastern Districts of New York, including the rules governing discipline of attorneys.

Dated: 9/8/21, ~~2021~~

_____
Hon. Colleen McMahon
United States District Judge